**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Stepheny Wonce IV                                      Case Number: 06-30762
                                                               Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                    <u>Amount of Dividend</u>
**Stepheny Wonce IV**                           $ 168.82
**1717 Hanover Ave**
**Richmond, VA  23220**


**Dated: <u>May 27, 2011</u>**                  \S\ Robert E. Hyman
                                                _____
                                                **(Signature of Trustee)**

                                                **Robert E. Hyman**
                                                **Standing Chapter 13 Trustee**
                                                **P.O. Box 1780**
                                                **Richmond, VA. 23218-1780**